No. 967.   MAGGIO v. ZEITZ, TRUSTEE IN BANKRUPTCY. March 10, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Max Schwartz* for petitioner.   *Joseph Glass* for respondent.

No. 880.   SWEM v. MICHIGAN.   See *ante,* p. 807.